IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:18-cv-02730-MSK-MEH | Date: | May 17, 2019 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                    *Counsel:*

ATHENAINVEST, INC., et al,                    Brian Boerman
                                                                  Todd Blakely

    Plaintiffs,

v.

IBEX INVESTORS, LLC, et al,                    Michael Campbell
                                                                  Robert Blume

    Defendant.

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**      **2:55 p.m.**

Court calls case.  Appearances of counsel.

Discussion was held regarding "Attorney's Eyes Only" designation for documents produced in discovery and the issue of consultants and experts.

The Court will accept the [42] Motion for Protective Order filed by the plaintiff.  The defendant will file their response next week.

**Court in recess:**      **3:16 p.m.**            Hearing concluded.
Total in-court time     00:21

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.