IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Marcia S. Krieger

Civil Action No. 18-cv-2730-MSK-MEH

ATHENAINVEST INC., and
ATHENAINVEST ADVISORS LLC,

      Plaintiffs/Counterclaim Defendants,

v.

IBEX INVESTORS LLC, and
ABRAMS INVESTMENT PARTNERS LLC,

      Defendants/Counterclaimants/Cross-Claimants,

v.

C. THOMAS HOWARD,
ANDREW HOWARD and
LAMBERT BUNKER,

      Cross-Claim Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court pursuant to the Joint Notice of Dismissal With Prejudice **(#54)**.  The parties have agreed to dismiss all claims and counterclaims with prejudice.  After a careful review of the notice and the file, the Court finds the notice should be approved and this matter dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Accordingly, it is ORDERED that the Joint Notice of Dismissal With Prejudice **(#54)** is **APPROVED.**   All claims and counterclaims are **DISMISSED WITH**

-2-

**PREJUDICE**, each party to bear its own fees and costs.  The Clerk of the Court is

directed to close this case.

Dated this 5th day of July, 2019.

**BY THE COURT:**

Marcia S. Krieger
Senior United States District Judge